UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

E151 Minnesota Inc.,

          Debtor.           BKY 09-48229

_____

**AMENDED ORDER PURSUANT TO SECTIONS 363(b), (f) AND (m) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 6004 AUTHORIZING THE TRUSTEE TO SELL RIGHTS TO PAYMENTS TO WHICH THE ESTATE MAY BE ENTITLED PURSUANT TO A CLASS ACTION**
_____

At Minneapolis, Minnesota, September 16, 2011.

       Upon the motion dated August 25, 2011 of Timothy D. Moratzka, trustee pursuant to section 363 of title 11 of the United States Code and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure to approve a sale to Cascade Settlement Services, LLC free and clear of liens, claims and encumbrances including that of Katz Funding (Minnesota) Inc. for $130,000 as more fully set forth in the motion pursuant to the agreement attached to the motion. Proper notice of the motion having been provided and a hearing having been held on September 14, 2011,

       IT IS ORDERED:

       1.    The motion is granted, the terms of the sale agreement approved, and the trustee is authorized to perform the under the sale agreement.

       2.    The lien of Katz Funding (Minnesota) Inc. shall attach to the proceeds of the sale with the same force, effect, and priority its lien had on the estate's right to the asset subject to the rights and defenses of the estate and any party in interest.

       .

                                    /e/ Robert J. Kressel
                                    ROBERT J. KRESSEL
                                    UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/16/2011*
Lori Vosejpka, Clerk, by LH