MN - 204
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| E151 Minnesota Inc ) | Case No. 09-48229-RJK |
| ) | |
| Debtor ) | |

## NOTICE OF SETTLEMENT

To:  The United States Trustee, all creditors and other parties in interest.

On June 8, 2012, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor(s) named above will settle a controversy as follows:

Adv. No. 11-4754:  Timothy D. Moratzka, Trustee vs. Snyder's Drug Stores (2009) Inc.; Katz Funding (Minnesota), Inc.; Katz Funding (US), Inc. ("Defendants")

Pursuant to the terms of the Settlement Agreement and Release dated May 14, 2012, and on file with the Court in adversary proceeding no. 11-4754, Katz Funding (Minnesota), Inc., shall pay $125,000 to the Bankruptcy Estate in full settlement of the Fraudulent Transfer Cases, within 30 days of the entry of a final, appealable order approving this Agreement or after all appeals of the same have been exhausted (whichever is later). Defendants and other affiliates and insiders have also agreed to waive claims against the Bankruptcy Estate.  The Trustee will also release other insider and affiliates of Defendants including Daryl Katz.

Trustee believes that the settlement is in the best interest of the creditors in light of the costs of further litigation.

Copy of Settlement Agreement with full terms of the settlement agreement will be provided upon request and can be viewed on the bankruptcy court's web page at www.mnb.uscourts.gov in Adversary No. 11-4754.

**OBJECTION: MOTION: HEARING.**    Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | (see address below) |
| 300 S. Fourth St. | 300 S. Fourth St. | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated:    May 15, 2012                            /e/Timothy D. Moratzka
                                                                  TIMOTHY D. MORATZKA
                                                                  1400 AT&T TOWER
                                                                  901 MARQUETTE AVENUE
                                                                  MINNEAPOLIS, MN  55402-2859
                                                                  (612) 305-1400

2298695.1-TDM