MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: E151 MINNESOTA INC

Chapter 7 Case No. 09-48229-RJK

Please Check One:

**  Unclaimed Dividends**

Distribution Less Than $5



| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Bank of the West<br>c/o Kent D. Mattson<br>Pemberton, Sorlie, Rufer & Kershner, PLL<br>110 North Mill Street<br>P.O. Box 866<br>Fergus Falls, MN 56538-0866 | 00024 | 708715.46 | 3529.67 |
| TOTAL | | 708715.46 | 3529.67 |

This check was issued on two different occasions and said check has not been negotiated or returned.

Date: September 15, 2014          /e/Timothy D. Moratzka
                                  TIMOTHY D. MORATZKA, TRUSTEE

5633630.1-TDM