# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
E151 MINNESOTA INC §    Case No. 09-48229
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

TIMOTHY D. MORATZKA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
(Without deducting any secured claims)

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/TIMOTHY D. MORATZKA _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Katz Funding (Minnesota) 1702 Bell Tower 10104 - 103 Avenue Edmonton AB | | | | | |
| 000027 | KATZ FUNDING (MINNESOTA) | | | | | |
| 000009 | CITY OF WARREN | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TIMOTHY D. MORATZKA | | | | | |
| TIMOTHY D. MORATZKA | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ENGELSMA LIMITED PARTNERSHIP | | | | | |
| HORIZON MANAGEMENT | | | | | |
| INLAND REAL ESTATE CORPORATION | | | | | |
| MARKET PLAZA COMMERCIAL | | | | | |
| PRINCIPAL LIFE INSURANCE COMPANY | | | | | |
| HORIZON MANAGEMENT | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| UNION BANK | | | | | |
| CLERK OF BANKRUPTCY COURT | | | | | |
| CLERK OF COURT | | | | | |
| HORIZON MANAGEMENT | | | | | |
| ON TIME DELIVERY SERVICE | | | | | |
| MACKALL, CROUNSE & MOORE | | | | | |
| MACKALL, CROUNSE & MOORE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GISLASON & HUNTER LLP | | | | | |
| GISLASON & HUNTER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Daniel Leinfelder 3791 Turtle Road Minnetrista, MN 55375 | | | | | |
| | Justin Dressler 2637 Stillwater Raod Maplewood, MN 55119 | | | | | |
| | Spencer Wallace 1301 Cambridge St #215 Hopkins, MN 55343 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | IRS | | | | | |
| 000016 | ROBERT K. SARVAS | | | | | |
| AUTO | IRS | | | | | |
| 00030B | NY STATE DEPT. OF TAXZATION | | | | | |
| 000007 | WISCONSIN DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ace USA Deot Cg 10123 Palatine, IL 60055 | | | | | |
| | Air Borne, Inc. P O Box 202762 Dallas, TX 75320-2762 | | | | | |
| | Brookfield Fashion Center 5300 So. 76th Street Greendale, WI 53129 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Buffalo Board Associates, LLC P O Box 660 Buffalo, NY 14201-0660 | | | | | |
| | CITY OF BROOKFIELD 2000 NO CALHOUN RD Brookfield, WI 53005 | | | | | |
| | CITY OF EASTPOINTE 23200 GRATIOT EASTPOINT, MI 48021 | | | | | |
| | CITY OF FLORENCE P O BOX 1327 Florence, KY 41022 | | | | | |
| | CITY OF GREENFIELD 7325 W. FLOREST HOME AVENUE Milwaukee, WI 53220 | | | | | |
| | CITY OF LIVONIA P O BOX 537928 Livonia, MI 48153 | | | | | |
| | CITY TREASURER P O BOX 290 Roseville, MI 48066 | | | | | |
| | Castor Ave Assoicates 636 Old York Road Suite 13 Jenkintown, PA 19046 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Centerpoint Energy Minnegasco P O Box 4671 Houston, TX 77210-4671 | | | | | |
| | City of Warren 29500 Van Dyke Avenue Warren, MI 48093 | | | | | |
| | Colerain Hills Investment Dept 335 Columbus,, OH 43265 | | | | | |
| | DELAWARE COUNTY TREASURER 91 No. Sadusky ST Delaware, OH 43015 | | | | | |
| | Evangeline Jacobson P O Box 212 Alden, MN 56009 | | | | | |
| | FGX P O Box 198271 Atlanta, GA 30384-8271 | | | | | |
| | FRANKLIN CO. TREASURER 373 SO. HIGH STREET Columbus, OH 43215 | | | | | |
| | Federal Realty 500-1220 Department 0930 Mc Lean, VA 22109-0930 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Federal Realty Inv. 1735 Markete Street 51st Floor Philadelphia, PA 19103 | | | | | |
| | Federal Realty Investment 1735 Markeet Street 51st Floof Philadelphia, PA 19103 | | | | | |
| | Gateway Property Management 790 Penllyn Pike Suite 201 Blue Bell, PA 19422 | | | | | |
| | Gator Village Partners 1595 NE 16erd St Miami, FL 33162 | | | | | |
| | Gould Investors 60 Cuttler Mill Road Westwood, NJ 07675 | | | | | |
| | HAMILTON COUNTY TREASURER P O BOX 5320 Cincinnati, OH 45201 | | | | | |
| | Healthy Food Brands 992 Bedford Avenue Brooklyn, NY 11205 | | | | | |
| | Helen of Troy Corporation P O Box 849113 Dallas, TX 75284 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Herbert Krueger 1150 SW Third Street Faribault, MN 55021 | | | | | |
| | Hortense Associates LP P O Box 6038 Bellmawr, NJ 08099-6038 | | | | | |
| | Imetroproperty Mpls LLC 5010 Nob Hill Drive Edina, MN 55439 | | | | | |
| | JOHN A.SLATER, TREASURER 210 EST MAIN ROOM 206 Lancaster, OH 43130 | | | | | |
| | JOHN DUNN, SHERIFF 330 YORK STREET NEWPORT, KY 41074 | | | | | |
| | Jack & Pauline Revocable Trust 11801 SP Westerm Oklahoma City, OK 73170 | | | | | |
| | Joseph Enterprises 425 California St. Suite 300 San Francisco, CA 94104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joyce Mudge 2919 Randolph Street NE #3 Minneapolis, MN 55418 | | | | | |
| | KENTON COUNTY SHERIFF 303 COURT STREET ROOM 307 Covington, KY 41011 | | | | | |
| | Leanin'Tree inc P O ox 9500 Boulder, CO 80301 | | | | | |
| | Lifepics 5777 Central Avenue Suite 120 Boulder, CO 80301 | | | | | |
| | Lornamead P O Box 504250 Saint Louis, MO 63150-7250 | | | | | |
| | MICHAEL A. HELMIG SHERIFF P O BOX 198 Burlington, KY 41005 | | | | | |
| | Marple Holding Company 210 Route 4 East Paramus, NJ 07652 | | | | | |
| | McKesson Corporation One Post Street San Francisco, CA 94104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Meyer & Njus PA 1100 US Bank Plaza 200 South 6th Street Minneapolis, MN 55402 | | | | | |
| | Michael McKee 44 - 5th Avenue Suth Hopkins, MN 55343 | | | | | |
| | Milton D. Schwartz 2772 N. 136th Dr. Goodyear, AZ 85395 | | | | | |
| | Mission Scientific Skincare 10011 Folsom Blvd. 180 Sacramento, CA 95827 | | | | | |
| | NAP Plymouth Market 212 East 3rd Street Suite 300 Cincinnati, OH 45202 | | | | | |
| | Opal Sande 236 Wilson Street Alden, MN 56009 | | | | | |
| | Physicians Formula P O Box 60240 Los Angeles, CA 90060-0240 | | | | | |
| | Robert K. Sarvas 8524 N. 50th Place Paradise Valley, AZ 85253 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rosemary Halstead 615 St. Peter Avenue Albert Lea, MN 56007 | | | | | |
| | Shadrall Associates 50 Tice Blvd. Woodcliff Lake, NJ 07675 | | | | | |
| | Snyder's Drug Stores (2009)Inc 7111 Cedar Lake Road St. Louis Park, MN 55426 | | | | | |
| | Snyder's Drug Stores 7111 Cedar Lake Road St. Louis Park, MN 55426 | | | | | |
| | South Town Plaza 2975 Brighton Henrietta Rochester, NY 14623 | | | | | |
| | Third Party Solutions PO Box 1000 Memphis, TN | | | | | |
| | VILLAGE OF BROWN DEER P O BOX 88169 Milwaukee, WI 53288 | | | | | |
| | Vorando Finance LLC P O Box 31594 Hartford, CT 06150-1594 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | WISCONSIN DEPT. OF REVENUE P O BOX 930208 Milwaukee, WI 53293 |  |  |  |  |  |
|  | Walden Property Associates 2570 Walden Avenue Cheektowaga, NY 14225 |  |  |  |  |  |
|  | Westgate Plaza LP 1055 Westkajes Drive Suite 170 Berwyn, PA 19312 |  |  |  |  |  |
| 000024 | BANK OF THE WEST |  |  |  |  |  |
| 000014 | BRADLEY OPERATING LIMITED PARTNERSH |  |  |  |  |  |
| 000002 | CENTERPOINT ENERGY MINNEGASCO |  |  |  |  |  |
| 000008 | DARRELL KOEHLINGER |  |  |  |  |  |
| 000006 | FRANCE AVE. DEVELOPMENT |  |  |  |  |  |
| 000011 | GATOR VILLAGE PARTNERS LTD |  |  |  |  |  |
| 000001 | GERGORY D. JENSEN, TRUSTEE |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | HORTENSE ASSOCIATES LP | | | | | |
| 000023 | KRAEMER BROTHERS | | | | | |
| 000015 | KROSS LIEBERMAN & STONE | | | | | |
| 000012 | MILTON D. SCHWARTZ | | | | | |
| 000022 | PENN-LAKE SHOPPING CENTER | | | | | |
| 000016B | ROBERT K. SARVAS | | | | | |
| 000010 | ROMAN CATHOLIC BISHOP OF HELENA | | | | | |
| 000028 | SNYDER'S DRUG STORES (2009), INC. | | | | | |
| 000029 | SNYDER'S HOLDINGS (2009), INC. | | | | | |
| 000005 | ST ANTHONY VILLAGE CENTER | | | | | |
| 000013 | STEVEN ORFIELD | | | | | |
| 000004 | TOM & BONNIE JOHNSON | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000025 | TOWNLINE INVESTMENTS, LLC | | | | | |
| 000018 | WALDEN PROPERTY ASSOCIATES 96-8 LLC | | | | | |
| 000017 | ZANEBROOK SHOPPING CENTER | | | | | |
| | CLERK OF COURT | | | | | |
| 00030A | NY STATE DEPT. OF TAXZATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 09-48229 | RJK | Judge: ROBERT J. KRESSEL |
|---|---|---|---|
| Case Name: | E151 MINNESOTA INC | | |

For Period Ending:  11/03/14

| Trustee Name: | TIMOTHY D. MORATZKA |
|---|---|
| Date Filed (f) or Converted (c): | 12/03/09 (f) |
| 341(a) Meeting Date: | 05/11/10 |
| Claims Bar Date: | 07/12/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | REFUND- QC 2009 PAYROLL TAXES (u) | 0.00 | 24,286.65 | | 24,286.65 | FA |
| 2. | Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 92.14 | FA |
| 3. | STATE OF MICHIGAN (u) | 0.00 | 524.78 | | 524.78 | FA |
| 4. | US BANK | 52,215.04 | 52,215.04 | | 52,215.04 | FA |
| 5. | LEASE PAYMENTS (u) | 0.00 | 12,585.20 | | 38,489.56 | FA |
| 6. | UI TAX REFUND (u) | Unknown | 384.68 | | 384.68 | FA |
| 7. | HORIZON MANAGEMENT LEASE ASSIGNMENT SALE (u) | Unknown | 50,000.00 | | 50,000.00 | FA |
| 8. | Marvel Entertain group - Avoidance Litigation (u) (see 5/25/10 letter from Marvel Avoidance Litigation) | Unknown | 0.00 | | 0.00 | FA |
| 9. | One BeaconInsurance Claim (u) | Unknown | 48,850.53 | | 44,350.53 | FA |
| 10. | US Bank DEPOSITORY ACCOUNT - | 15,804.76 | 15,804.76 | | 0.00 | FA |
| 11. | STEVEN ORFIELD LANDLORD STORE 30 | 1,250.00 | 1,250.00 | | 0.00 | FA |
| 12. | UNITED PARCEL | 700.00 | 700.00 | | 0.00 | FA |
| 13. | CITY OF ANOKA | 2,370.00 | 2,370.00 | | 0.00 | FA |
| 14. | SOLE MEMBER OF SYNDERS' DRUG ENTERPRISES | 0.00 | 0.00 | | 0.00 | FA |
| 15. | ACC. REC. | 18,763.14 | 18,763.14 | | 0.00 | FA |
| 16. | ONGOING LITIGATION (u) This is an estimated amount.   See Katz settlement. | Unknown | 50,000.00 | | 0.00 | FA |
| 17. | Aon Settlement (u) | Unknown | 2,958.69 | | 2,958.69 | FA |
| 18. | PTI CLASS ACTION SETTLEMENT (u) | 0.00 | 52,459.00 | | 52,459.00 | FA |
| 19. | Monetize Class Action (u) | 0.00 | 130,000.00 | | 130,000.00 | FA |
| 20. | Katz Adv. #11-4754 (u) | 0.00 | 125,000.00 | | 125,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $91,102.94 | $588,152.47 | | $520,761.07 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

LFORM1

Ver: 18.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-48229   RJK   Judge: ROBERT J. KRESSEL | Trustee Name: | TIMOTHY D. MORATZKA |
| Case Name: | E151 MINNESOTA INC | Date Filed (f) or Converted (c): | 12/03/09 (f) |
| | | 341(a) Meeting Date: | 05/11/10 |
| | | Claims Bar Date: | 07/12/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5/15/10:  investigating and litigation to recover avoidable transfers, turnover or other recovery proceedings, all
related and other related litigation.  Est. TFR 7/15/11

9/1/11:  Admin. reivew.  Continue investigatin and litigation.  Class actions pending.  Est. TFR 9/15/12

Initial Projected Date of Final Report (TFR): 07/31/10          Current Projected Date of Final Report (TFR): 09/15/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-48229 -RJK |
|---|---|
| Case Name: | E151 MINNESOTA INC |
| Taxpayer ID No: | *******5909 |
| For Period Ending: | 11/03/14 |

| Trustee Name: | TIMOTHY D. MORATZKA |
|---|---|
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******2206 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 38,561,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/13 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 307,226.23 | | 307,226.23 |
| 05/20/13 | 200001 | INTERNATIONAL SURETIES, LTD 701 Poydras  Suite 420 New Orleans, LA  70139 | Bond #016018055 | 2300-000 | | 252.65 | 306,973.58 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 220.90 | 306,752.68 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 441.47 | 306,311.21 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 455.78 | 305,855.43 |
| * 12/19/13 | | IRS | EMPLOYEE'S MEDICARE TAX-EMPLOYEES | 5300-003 | | 170.01 | 305,685.42 |
| * 12/19/13 | | IRS | EMPLOYER'S MATCHING MEDICARE - EMPL | 5800-003 | | 170.01 | 305,515.41 |
| * 12/19/13 | | IRS | EMPLOYEES SOC. SEC/FICA - EMPLOYEES | 5300-003 | | 726.95 | 304,788.46 |
| * 12/19/13 | | IRS | EMPLOYER'S MATCHING -FICA/SOC SEC. | 5800-003 | | 726.95 | 304,061.51 |
| * 12/19/13 | | IRS | FEDERAL INCOME TAX | 5300-003 | | 3,517.50 | 300,544.01 |
| 12/19/13 | 200002 | TIMOTHY D. MORATZKA 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN  55402-2859 | Chapter 7 Compensation/Fees | 2100-000 | | 29,288.05 | 271,255.96 |
| 12/19/13 | 200003 | TIMOTHY D. MORATZKA 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN  55402-2859 | Chapter 7 Expenses | 2200-000 | | 93.85 | 271,162.11 |
| 12/19/13 | 200004 | MACKALL, CROUNSE & MOORE 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | Attorney for Trustee Fees (Trustee | 3110-000 | | 24,434.00 | 246,728.11 |
| 12/19/13 | 200005 | GISLASON & HUNTER LLP | Attorney for Debtor Fees | | | 12,475.44 | 234,252.67 |
| | | | Fees         12,348.50 | 3701-000 | | | |
| | | | Expenses       126.94 | 3702-000 | | | |
| | | | Page Subtotals | | 307,226.23 | 72,973.56 | |

Ver: 18.03a

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-48229 -RJK | |
| Case Name: | E151 MINNESOTA INC | |
| Taxpayer ID No: | *******5909 | |
| For Period Ending: | 11/03/14 | |

| | |
|---|---|
| Trustee Name: | TIMOTHY D. MORATZKA |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******2206  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 38,561,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/19/13 | 200006 | MACKALL, CROUNSE & MOORE<br>1400 AT&T TOWER<br>901 MARQUETTE AVENUE<br>MINNEAPOLIS, MN 55402 | Attorney for Trustee Expenses (Trus | 3120-000 | | 826.54 | 233,426.13 |
| 12/19/13 | 200007 | CLERK OF BANKRUPTCY COURT | Adv. No. 10-4037 | 2700-000 | | 250.00 | 233,176.13 |
| 12/19/13 | 200008 | Inland Real Estate Corporation<br>7117 - 10th Street No.<br>Oakdale MN 55128 | Claim 000019, Payment 100.00000% | 2410-000 | | 20,697.73 | 212,478.40 |
| 12/19/13 | 200009 | Market Plaza Commercial<br>c/o E.J. Plesko & Asso.<br>6515 Grand Teton Plaze #300<br>Madison WI 53719 | Claim 000020, Payment 100.00000% | 2410-000 | | 79,500.00 | 132,978.40 |
| 12/19/13 | 200010 | PRINCIPAL LIFE INSURANCE COMPANY<br>711 HIGH STREET<br>DES MOINES, IA 50392 | Claim 000021, Payment 100.00000% | 2410-000 | | 59,904.00 | 73,074.40 |
| 12/19/13 | 200011 | Engelsma Limited Partnership<br>4210 W Old Shakopee Rd<br>Bloomington MN 55437 | Claim 000026A, Payment 100.00000% | 2410-000 | | 40,403.82 | 32,670.58 |
| 12/19/13 | 200012 | Robert K. Sarvas<br>8524 N. 50th Place<br>Paradise Valley AZ 85253 | Claim 000016, Payment 100.00000% | 5300-000 | | 7,310.54 | 25,360.04 |
| 12/19/13 | 200013 | NY State Dept. of taxzation<br>P O Box 5300<br>Albany, NY  12205-0300 | Claim 00030B, Payment 100.00000% | 5800-000 | | 7,771.65 | 17,588.39 |
| 12/19/13 | 200014 | Gergory D. Jensen, Trustee<br>111 East Clark<br>Albert Lea MN 56007 | Claim 000001, Payment 0.49804% | 7100-000 | | 224.12 | 17,364.27 |
| 12/19/13 | 200015 | Centerpoint Energy Minnegasco<br>P O Box 1700<br>Houston TX 77210-4671 | Claim 000002, Payment 0.49828% | 7100-000 | | 5.03 | 17,359.24 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 216,893.43 |

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        09-48229  -RJK
Case Name:   E151 MINNESOTA INC

Taxpayer ID No:   *******5909
For Period Ending:   11/03/14

Trustee Name:   TIMOTHY D. MORATZKA
Bank Name:   UNION BANK
Account Number / CD #:   *******2206  Checking - Non Interest

Blanket Bond (per case limit):   $ 38,561,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/19/13 | 200016 | Tom & Bonnie Johnson<br>4015 Harriet Avenue So.<br>Minneapolis MN 55412 | Claim 000004, Payment 0.49804% | 7100-000 | | 340.41 | 17,018.83 |
| 12/19/13 | 200017 | ST ANTHONY VILLAGE CENTER<br>C/O ANDERSON PROPERTY MGMT<br>6205 PARKWOOD RD<br>EDINA MN 55436 | Claim 000005, Payment 0.49803% | 7100-000 | | 1,019.11 | 15,999.72 |
| 12/19/13 | 200018 | France Ave. Development<br>c/o Greco real Estate Devel.<br>129 North 2nd St, #100<br>Minneapolis MN 55401 | Claim 000006, Payment 0.49804% | 7100-000 | | 1,476.55 | 14,523.17 |
| 12/19/13 | 200019 | DARRELL KOEHLINGER<br>C/O ADYME LLC<br>2925 DEAN PARKWAY STE 300<br>MINNEAPOLIS MN 55416 | Claim 000008, Payment 0.49804% | 7100-000 | | 1,545.01 | 12,978.16 |
| 12/19/13 | 200020 | Roman Catholic Bishop OF HELENA<br>PO Box 1729<br>Helena MT 59624 | Claim 000010, Payment 0.49805% | 7100-000 | | 159.33 | 12,818.83 |
| 12/19/13 | 200021 | GATOR VILLAGE PARTNERS LTD<br>C/O FROST BROWN TODD LLC<br>2200 PNC CENTER<br>201 E 5TH STREET<br>CINCINNATI OH 45202 | Claim 000011, Payment 0.49803% | 7100-000 | | 954.15 | 11,864.68 |
| 12/19/13 | 200022 | Milton D. Schwartz<br>2772 N. 136th Dr.<br>Goodyear AZ 85395 | Claim 000012, Payment 0.49804% | 7100-000 | | 1,245.09 | 10,619.59 |
| 12/19/13 | 200023 | Steven Orfield<br>5624 Edgewater Blvd<br>Minneapolis MN 55417 | Claim 000013, Payment 0.49805% | 7100-000 | | 204.14 | 10,415.45 |
| 12/19/13 | 200024 | BRADLEY OPERATING LIMITED PARTNERSHIP | Claim 000014, Payment 0.49804% | 7100-000 | | 591.72 | 9,823.73 |

Page Subtotals        0.00        7,535.51

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

Ver: 18.03a

Page: 4

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-48229 -RJK | Trustee Name: | TIMOTHY D. MORATZKA |
|---|---|---|---|
| Case Name: | E151 MINNESOTA INC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2206 Checking - Non Interest |
| Taxpayer ID No: | *******5909 | | |
| For Period Ending: | 11/03/14 | Blanket Bond (per case limit): | $ 38,561,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/19/13 | 200025 | DANIEL D HILL<br>HILL LAW OFFICE LTD<br>7373 KIRKWOOD COURT STE 305<br>MAPLEGROVE MN 55369<br>KROSS LIEBERMAN & STONE<br>1110 NAVAHO DRIVE #501<br>RALEIGH NC 27609 | Claim 000015, Payment 0.49801% | 7100-000 | | 66.40 | 9,757.33 |
| 12/19/13 | 200026 | Robert K. Sarvas<br>8524 N. 50th Place<br>Paradise Valley AZ 85253 | Claim 000016B, Payment 0.49804% | 7100-000 | | 784.92 | 8,972.41 |
| 12/19/13 | 200027 | ZANEBROOK SHOPPING CENTER<br>C/O PATRICIA A BILICH<br>THE GOODMAN GROUP<br>1107 HAZELTINE BLVD #200<br>CHASKA MN 55318 | Claim 000017, Payment 0.49804% | 7100-000 | | 3,308.69 | 5,663.72 |
| 12/19/13 | 200028 | Walden Property Associates 96-8 LLC<br>2570 Walden Avenue<br>Cheektowaga NY 14225 | Claim 000018, Payment 0.49804% | 7100-000 | | 1,118.33 | 4,545.39 |
| 12/19/13 | 200029 | Penn-Lake Shopping Center<br>5005 Old Cedar Lake Road<br>St. Louis Park MN 55416 | Claim 000022, Payment 0.49803% | 7100-000 | | 448.23 | 4,097.16 |
| 12/19/13 | 200030 | Kraemer Brothers<br>Attn: Martina Leighton<br>14730 Excelsior Blvd.<br>Minnetonka, MN 55345-6698 | Claim 000023, Payment 0.49803% | 7100-000 | | 448.23 | 3,648.93 |
| * 12/19/13 | 200031 | Bank of the West<br>c/o Kent D. Mattson<br>Pemberton, Sorlie, Rufer & Kershner, PLL<br>110 North Mill Street<br>P.O. Box 866 | Claim 000024, Payment 0.49804% | 7100-004 | | 3,529.67 | 119.26 |

| | | | Page Subtotals | | 0.00 | 9,704.47 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 23)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-48229 -RJK
Case Name: E151 MINNESOTA INC

Taxpayer ID No: *******5909
For Period Ending: 11/03/14

Trustee Name: TIMOTHY D. MORATZKA
Bank Name: UNION BANK
Account Number / CD #: *******2206  Checking - Non Interest

Blanket Bond (per case limit): $ 38,561,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 12/19/13 | 200032 | Fergus Falls, MN 56538-0866 Townline Investments, LLC 315 N Third Ave East #106 Duluth, MN 55805 | Claim 000025, Payment 0.49804% | 7100-000 | | 119.26 | 0.00 |
| * | 05/01/14 | 200031 | Bank of the West c/o Kent D. Mattson Pemberton, Sorlie, Rufer & Kershner, PLL 110 North Mill Street P.O. Box 866 Fergus Falls, MN 56538-0866 | Stop Payment Reversal SA | 7100-004 | | -3,529.67 | 3,529.67 |
| * | 05/01/14 | 200033 | Bank of the West | Replaces Ch, No. 20031 | 7100-003 | | 3,529.67 | 0.00 |
| * | 07/10/14 | | IRS | EMPLOYEE'S MEDICARE TAX-EMPLOYEES Sent check rather than wire money. | 5300-003 | | -170.01 | 170.01 |
| * | 07/10/14 | | IRS | EMPLOYER'S MATCHING MEDICARE - EMPL Sent check rather than wire money. | 5800-003 | | -170.01 | 340.02 |
| * | 07/10/14 | | IRS | EMPLOYER'S MATCHING MEDICARE - EMPL Sent check rather than wire money. | 5800-003 | | 170.01 | 170.01 |
| * | 07/10/14 | | IRS | EMPLOYER'S MATCHING MEDICARE - EMPL Sent check rather than wire money. | 5800-003 | | -170.01 | 340.02 |
| * | 07/10/14 | | IRS | EMPLOYEES SOC. SEC/FICA - EMPLOYEES Sent check rather than wire money. | 5300-003 | | -726.95 | 1,066.97 |
| * | 07/10/14 | | IRS | EMPLOYER'S MATCHING -FICA/SOC SEC. Sent check rather than wire money. | 5800-003 | | -726.95 | 1,793.92 |
| * | 07/10/14 | | IRS | FEDERAL INCOME TAX Sent check rather than wire money. | 5300-003 | | -3,517.50 | 5,311.42 |
| | 07/10/14 | 200034 | IRS | EMPLOYEE'S MEDICARE TAX-EMPLOYEES | 5300-000 | | 170.01 | 5,141.41 |
| | 07/10/14 | 200035 | IRS | FEDERAL INCOME TAX | 5300-000 | | 3,517.50 | 1,623.91 |
| | 07/10/14 | 200036 | IRS | EMPLOYEES SOC. SEC/FICA - EMPLOYEES | 5300-000 | | 726.95 | 896.96 |
| | 07/10/14 | 200037 | IRS | EMPLOYER'S MATCHING -FICA/SOC SEC. | 5800-000 | | 726.95 | 170.01 |

Page Subtotals    0.00    -50.75

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*

Ver: 18.03a

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-48229 -RJK |
| Case Name: | E151 MINNESOTA INC |
| | |
| Taxpayer ID No: | *******5909 |
| For Period Ending: | 11/03/14 |

| | |
|---|---|
| Trustee Name: | TIMOTHY D. MORATZKA |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******2206  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $ 38,561,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/10/14 | 200038 | IRS | EMPLOYER'S MATCHING MEDICARE - EMPL | 5800-000 | | 170.01 | 0.00 |
| | | | Sent check rather than wire money. | | | | |
| * 09/15/14 | 200033 | Bank of the West | Replaces Ch, No. 20031 | 7100-003 | | -3,529.67 | 3,529.67 |
| | | | Stopped payment 9/11/14. | | | | |
| 09/15/14 | 200039 | CLERK OF COURT | | 7100-001 | | 3,529.67 | 0.00 |
| | | U. S. BANKRUPTCY COURT | | | | | |
| | | 301 U. S. COURTHOUSE | | | | | |
| | | 300 SOUTH 4TH STREET | | | | | |
| | | MINNEAPOLIS, MN 55415 | | | | | |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 307,226.23 | 307,226.23 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 307,226.23 | 0.00 |
| | | Subtotal | 0.00 | 307,226.23 |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 |
| | | Net | 0.00 | 307,226.23 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 170.01 |

Ver: 18.03a

FORM 2    Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-48229 -RJK | Trustee Name: | TIMOTHY D. MORATZKA |
| Case Name: | E151 MINNESOTA INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1446  Checking - Non Interest |
| Taxpayer ID No: | *******5909 | | |
| For Period Ending: | 11/03/14 | Blanket Bond (per case limit): | $ 38,561,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 387,063.55 | | 387,063.55 |
| * 09/26/12 | 100003 | MACKALL, CROUNSE & MOORE 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | Attorney Expenses Per 9/27/12 Order | 3120-003 | | 2,204.87 | 384,858.68 |
| * 09/26/12 | 100004 | MACKALL, CROUNSE & MOORE 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | Attorney Fees Per 9/27/12 Order | 3110-003 | | 75,161.75 | 309,696.93 |
| * 09/27/12 | 100001 | MACKALL, CROUNSE & MOORE 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | Attorney Fees Per 9/27/12 | 3110-003 | | 75,161.75 | 234,535.18 |
| * 09/27/12 | 100001 | MACKALL, CROUNSE & MOORE 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | Attorney Fees Check was not printed using MICR | 3110-003 | | -75,161.75 | 309,696.93 |
| * 09/27/12 | 100002 | MACKALL, CROUNSE & MOORE 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | Attorney Expenses Per 9/27/12 | 3120-003 | | 2,204.87 | 307,492.06 |
| * 09/27/12 | 100002 | MACKALL, CROUNSE & MOORE 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | Attorney Expenses Check was not printed using MICR | 3120-003 | | -2,204.87 | 309,696.93 |
| * 09/27/12 | 100003 | MACKALL, CROUNSE & MOORE 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | Attorney Expenses Check was not printed using MICR | 3120-003 | | -2,204.87 | 311,901.80 |

| | Page Subtotals | 387,063.55 | 75,161.75 | |

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*

FORM 2                                                                                     Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| Case No: | 09-48229 -RJK | Trustee Name: | TIMOTHY D. MORATZKA |
| Case Name: | E151 MINNESOTA INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1446  Checking - Non Interest |
| Taxpayer ID No: | *******5909 | | |
| For Period Ending: | 11/03/14 | Blanket Bond (per case limit): | $ 38,561,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/27/12 | 100004 | MACKALL, CROUNSE & MOORE 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | Attorney Fees Check was not printed using MICR | 3110-003 | | -75,161.75 | 387,063.55 |
| 09/27/12 | 100005 | MACKALL, CROUNSE & MOORE 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | Attorney Expenses Per 9/27/12  Order | 3120-000 | | 2,204.87 | 384,858.68 |
| 09/27/12 | 100006 | MACKALL, CROUNSE & MOORE 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | Attorney Fees Per 9/27/12  Order | 3110-000 | | 75,161.75 | 309,696.93 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 111.35 | 309,585.58 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 197.24 | 309,388.34 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 190.74 | 309,197.60 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 196.98 | 309,000.62 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 459.33 | 308,541.29 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 414.34 | 308,126.95 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 458.09 | 307,668.86 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 442.63 | 307,226.23 |
| 05/17/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 307,226.23 | 0.00 |

Page Subtotals          0.00          311,901.80

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 27)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-48229 -RJK | |
| Case Name: | E151 MINNESOTA INC | |
| | | |
| Taxpayer ID No: | *******5909 | |
| For Period Ending: | 11/03/14 | |

| | |
|---|---|
| Trustee Name: | TIMOTHY D. MORATZKA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1446  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $ 38,561,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 387,063.55 | 387,063.55 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 387,063.55 | 307,226.23 | |
| | | | | Subtotal | | 0.00 | 79,837.32 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 0.00 | 79,837.32 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*

FORM 2

Page:   10

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:       09-48229 -RJK
Case Name:     E151 MINNESOTA INC

Taxpayer ID No: *******5909
For Period Ending: 11/03/14

Trustee Name:      TIMOTHY D. MORATZKA
Bank Name:         BANK OF AMERICA
Account Number / CD #:    *******9804  Money Market - Interest Bearing

Blanket Bond (per case limit):  $ 38,561,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/24/10 | 1 | IRS | REFUND-Q3 2009 PAYROLL TAXES | 1224-000 | 24,286.65 | | 24,286.65 |
| 02/26/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 24,286.70 |
| 03/04/10 | 3 | STATE OF MICHIGAN | REFUND-AUPD TRUSTS | 1224-000 | 524.78 | | 24,811.48 |
| 03/09/10 | 000101 | ON TIME DELIVERY SERVICE | Delivery serivce to Hennepin Co. District court | 2990-000 | | 393.88 | 24,417.60 |
| 03/10/10 | 4 | US BANK | BANK ACCT BALANCE | 1129-000 | 52,215.04 | | 76,632.64 |
| 03/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.08 | | 76,634.72 |
| 04/01/10 | 5 | Talecris | March lease payment _ Fridley | 1222-000 | 12,585.20 | | 89,219.92 |
| 04/08/10 | 6 | STATE OF MONTANA | UI TAX REFUND | 1224-000 | 384.68 | | 89,604.60 |
| 04/27/10 | 7 | HORIZON MANAGEMENT LLC | LEASE ASSIGNMENT SALE | | 25,358.34 | | 114,962.94 |
| | | HORIZON MANAGEMENT LLC | Memo Amount:     50,000.00 LEASE ASSIGNMENT SALE | 1290-000 | | | |
| | | HORIZON MANAGEMENT | Memo Amount:   (   20,480.00 ) MARCH & APRIL RENT | 2410-000 | | | |
| | | HORIZON MANAGEMENT | Memo Amount:   (      408.06 ) MARCH & APRIL INSURANCE | 2420-000 | | | |
| | | HORIZON MANAGEMENT | Memo Amount:   (    3,547.60 ) MARCH & APRIL CAM | 2410-000 | | | |
| | | HORIZON MANAGEMENT | Memo Amount:        206.00 ) MARCH & APRIL DUES | 2990-000 | | | |
| 04/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.61 | | 114,966.55 |
| 05/28/10 | 5 | Talecris | April  lease -& R.E. Taxes | 1222-000 | 25,904.36 | | 140,870.91 |
| 05/28/10 | 2 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.88 | | 140,875.79 |
| 06/15/10 | 000102 | International Sureties, Ltd Suite 420 701 Poydras St. New Orleans, LA  70139 | Bond Premium Bond #016018055 | 2300-000 | | 118.41 | 140,757.38 |
| 06/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 5.68 | | 140,763.06 |

Page Subtotals      141,275.35      512.29

Ver: 18.03a

Page: 11

FOR PAGE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-48229 -RJK | | Trustee Name: | TIMOTHY D. MORATZKA |
| Case Name: | E151 MINNESOTA INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******9804  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5909 | | | |
| For Period Ending: | 11/03/14 | | Blanket Bond (per case limit): | $ 38,561,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/07/10 | 9 | ONEBEACON | FIDELITY LOSS CLAIM | 1290-000 | 44,350.53 | | 185,113.59 |
| 07/30/10 | 2 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 7.37 | | 185,120.96 |
| 08/04/10 | 17 | Aon Settlemenet Administrator | Class Action Settlement | 1249-000 | 2,958.69 | | 188,079.65 |
| 08/24/10 | 18 | PTI CLASS ACTION SETTLEMENT | Settlement Proceeds | 1249-000 | 1,293.00 | | 189,372.65 |
| 08/24/10 | 18 | PTI CLASS ACTION SETTLEMENT | Settlement Proceeds | 1249-000 | 51,166.00 | | 240,538.65 |
| 08/31/10 | 2 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 8.31 | | 240,546.96 |
| 09/30/10 | 2 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 9.89 | | 240,556.85 |
| 10/29/10 | 2 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 10.21 | | 240,567.06 |
| 11/30/10 | 2 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 9.90 | | 240,576.96 |
| 12/15/10 | 000103 | MACKALL, CROUNSE & MOORE<br>1400 AT&T TOWER<br>901 MARQUETTE AVENUE<br>MINNEAPOLIS, MN 55402 | TRUSTEE ATTORNEY FEES<br>Per 12/15/10 Order | 3110-000 | | 47,180.25 | 193,396.71 |
| 12/15/10 | 000104 | MACKALL, CROUNSE & MOORE<br>1400 AT&T TOWER<br>901 MARQUETTE AVENUE<br>MINNEAPOLIS, MN 55402 | TRUSTEE ATTORNEY EXPENSES<br>Per 12/15/10 Order | 3120-000 | | 1,044.38 | 192,352.33 |
| 12/31/10 | 2 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 9.23 | | 192,361.56 |
| 01/31/11 | 2 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 8.17 | | 192,369.73 |
| 02/28/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.48 | | 192,371.21 |
| 03/31/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.63 | | 192,372.84 |
| 04/29/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.58 | | 192,374.42 |
| 05/31/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.64 | | 192,376.06 |
| 06/13/11 | 000105 | INTERNATIONAL SURETIES, LTD<br>ATTN:  Marley V. Miller<br>701 Poydras<br>Suite 420<br>New Orleans, LA  70139 | Bond Payment | 2300-000 | | 236.58 | 192,139.48 |
| 06/30/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.58 | | 192,141.06 |

| | | Page Subtotals | | | 99,839.21 | 48,461.21 | |

Ver: 18.03a

FORM 2

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-48229 -RJK | | | Trustee Name: | TIMOTHY D. MORATZKA | |
| Case Name: | E151 MINNESOTA INC | | | Bank Name: | BANK OF AMERICA | |
| | | | | Account Number / CD #: | *******9804  Money Market - Interest Bearing | |
| Taxpayer ID No: | *******5909 | | | | | |
| For Period Ending: | 11/03/14 | | | Blanket Bond (per case limit): | $ 38,561,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.63 | | 192,142.69 |
| 08/31/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.64 | | 192,144.33 |
| 09/30/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.58 | | 192,145.91 |
| 10/14/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.00 | 192,135.91 |
| 10/19/11 | 19 | Cascase Settlement Services LLC | Sale-Monetize Class Asction | 1249-000 | 130,000.00 | | 322,135.91 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 396.75 | 321,739.16 |
| 12/27/11 | 000106 | MACKALL, CROUNSE & MOORE | TRUSTEE ATTORNEY FEES | | | 55,333.93 | 266,405.23 |
| | | 1400 AT&T TOWER | Per 12/14/11 Order | | | | |
| | | 901 MARQUETTE AVENUE | | | | | |
| | | MINNEAPOLIS, MN 55402 | | | | | |
| | | | Fees          54,143.00 | 3110-000 | | | |
| | | | Expenses      1,190.93 | 3120-000 | | | |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 391.71 | 266,013.52 |
| 01/03/12 | 000107 | CLERK OF COURT | Filing Fee - Adv. 11-4754 | 2700-001 | | 293.00 | 265,720.52 |
| | | U. S. BANKRUPTCY COURT | | | | | |
| | | 301 U. S. COURTHOUSE | | | | | |
| | | 300 SOUTH 4TH STREET | | | | | |
| | | MINNEAPOLIS, MN 55415 | | | | | |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 348.11 | 265,372.41 |
| 02/16/12 | | Bank of America | Bank Service Fee(Oct) | 2600-000 | | 330.95 | 265,041.46 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 325.48 | 264,715.98 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 335.92 | 264,380.06 |
| * 05/22/12 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-003 | 315.01 | | 264,695.07 |
| | | | Feb. Interest. | | | | |
| * 05/22/12 | | Bank of America | Bank Service Fee - (Oct.) | 2600-003 | 20.00 | | 264,715.07 |
| | | | Missed debit of $20 | | | | |
| * 05/22/12 | | Reverses Adjustment IN on 05/22/12 | Bank Service Fee - (Oct.) | 2600-003 | -20.00 | | 264,695.07 |
| | | | Entered in error. | | | | |
| 05/23/12 | 000108 | INTERNATIONAL SURETIES, LTD | Bond Premium | 2300-000 | | 226.21 | 264,468.86 |

Page Subtotals          130,319.86          57,992.06

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 31)*

Ver: 18.03a

FORM 2   Page: 13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-48229 -RJK | Trustee Name: | TIMOTHY D. MORATZKA |
|---|---|---|---|
| Case Name: | E151 MINNESOTA INC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******9804 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5909 | | |
| For Period Ending: | 11/03/14 | Blanket Bond (per case limit): | $ 38,561,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ATTN:  Marley V. Miller | Bond #016018055 | | | | |
| | | 701 Poydras | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 335.46 | 264,133.40 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 313.18 | 263,820.22 |
| 07/12/12 | 20 | KS (US) Quities, Inc. | Adv. Settlement - Katz | 1249-000 | 125,000.00 | | 388,820.22 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 411.77 | 388,408.45 |
| * 08/30/12 | 2 | Reverses Interest on 05/22/12 | INTEREST REC'D FROM BANK | 1270-003 | -315.01 | | 388,093.44 |
| | | | Entered as interest s/b bank service fee | | | | |
| 08/30/12 | | This was entered as interest | BANK SERVICE FEE (FEB) | 2600-000 | | 315.01 | 387,778.43 |
| | | s/b service feee | | | | | |
| 09/17/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 222.21 | 387,556.22 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 09/17/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 387,063.55 | 492.67 |
| 09/18/12 | | Bank of America | BANK SERVICE FEE-AIGUST | 2600-000 | | 492.67 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 50,000.00 | COLUMN TOTALS | | 496,119.41 | 496,119.41 | 0.00 |
| Memo Allocation Disbursements: | 24,641.66 | Less: Bank Transfers/CD's | | 0.00 | 387,063.55 | |
| | | Subtotal | | 496,119.41 | 109,055.86 | |
| Memo Allocation Net: | 25,358.34 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 496,119.41 | 109,055.86 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 50,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 24,641.66 | Checking - Non Interest - *******2206 | 0.00 | 307,226.23 | 0.00 |
| | | Checking - Non Interest - ********1446 | 0.00 | 79,837.32 | 0.00 |
| Total Memo Allocation Net: | 25,358.34 | Money Market - Interest Bearing - ********9804 | 496,119.41 | 109,055.86 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | Page Subtotals | 124,684.99 | 389,153.85 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 32)*

FORM 2                                                                                    Page:   14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-48229  -RJK |
| Case Name: | E151 MINNESOTA INC |
| | |
| Taxpayer ID No: | *******5909 |
| For Period Ending: | 11/03/14 |

| | |
|---|---|
| Trustee Name: | TIMOTHY D. MORATZKA |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******9804  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 38,561,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 496,119.41 | 496,119.41 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 18.03a